UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

RICHARD W. WIEKING
   CLERK OF COURT

GENERAL COURT NUMBER
415-522-2000

August 21, 2014

Mark Stephen Eisen
Edelson PC
555 West Fifth Street 31st Floor
Los Angeles, CA 90013

Re: **Ladore v. Sony Computer Entertainment America, LLC**
    14-cv-03530-JCS

Dear Counsel:

    This matter has been randomly assigned to United States Magistrate Judge Joseph C. Spero for all purposes including trial.

    The magistrate judges of this district have been designated to conduct any and all proceedings in a civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent of all parties.

    A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has not been filed in this case. All parties are requested to complete the attached form documenting either consent or declination and e-file it with the Court by **September 4, 2014**. This form can be found on the Court's website at www.cand.uscourts.gov.

                                 Richard W. Wieking

                                 Clerk, United States District Court

                                 Karen Hom, Deputy Clerk to the
                                 Honorable JOSEPH C. SPERO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LADORE,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>    Defendant. | Case No. 14-cv-03530-JCS<br><br>**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION** |

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

    ( )    **Consent to Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

    **OR**

    ( )    **Decline Magistrate Judge Jurisdiction**

        In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: _____                NAME: _____

                                                   COUNSEL FOR
                                                   (OR "PRO SE"): _____

                                                                     _____
                                                                             *Signature*