1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS LADORE,                                    No.  CV 14-03530 JCS

                    Plaintiff,                          **ORDER**

        v.

SONY COMPUTER ENTERTAINMENT
AMERICA LLC,

                    Defendant.
_____/

GOOD CAUSE APPEARING THEREFOR,

        IT IS ORDERED that this case is reassigned to the **Honorable EDWARD M CHEN**  in the

**San Francisco  division** for all further proceedings. Counsel are instructed that all future filings

shall bear the **initials EMC**  immediately after the case number. All dates presently scheduled are

vacated and motions should be renoticed for hearing before the judge to whom the case has been

reassigned. Briefing schedules, including ADR and other deadlines remain unchanged. *See* Civil

L.R. 7-7(d). Matters for which a magistrate judge has already issued a report and recommendation

shall not be rebriefed or noticed for hearing before the newly assigned judge; such matters shall

proceed in accordance with Fed. R. Civ. P. 72(b).

                                                    FOR THE EXECUTIVE COMMITTEE:

Dated:  August 26, 2014                             _____
                                                    Richard W. Wieking
                                                    Clerk of Court

A true and correct copy of this order has been served by mail upon any pro se parties.