# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LADORE,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>    Defendant. | Case No. 14-cv-03530-EMC<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 14 |

**YOU ARE NOTIFIED THAT** an Initial Case Management Conference is set for November 13, 2014 at 9:30 A.M. before the Honorable EDWARD M. CHEN. The Joint Case Management Conference Statement is due seven days prior to the conference.

Please report to Courtroom C, 15th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 26, 2014

> Richard W. Wieking
> Clerk, United States District Court
>
> By: *[signature]*
> Melinda K. Lozenski, Deputy Clerk to the
> Honorable EDWARD M. CHEN
> 415-522-4158