UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LADORE,<br><br>    Plaintiff,<br><br>    v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC,<br><br>    Defendant. | Case No. 14-cv-03530-EMC<br><br>**AMENDED CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 14 |

**YOU ARE NOTIFIED THAT** an Initial Case Management Conference is set for November 13, 2014 at 9:30 A.M. before the Honorable EDWARD M. CHEN. The Joint Case Management Conference Statement is due seven days prior to the conference.

Please report to Courtroom 5, 17th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 26, 2014

Richard W. Wieking
Clerk, United States District Court

By: _____
Melinda K. Lozenski, Deputy Clerk to the
Honorable EDWARD M. CHEN
415-522-4158