Mark S. Eisen (SBN - 289009)
meisen@edelson.com
**EDELSON PC**
555 West Fifth Street, 31st Floor
Los Angeles, California 90013
Tel: 213.533.4100
Fax: 213.947.4251

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Benjamin S. Thomassen*
bthomassen@edelson.com
Amir Missaghi*
amissaghi@edelson.com
**EDELSON PC**
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Pro hac vice* admission to be sought.
*Attorneys for Plaintiff and the Putative Class*

LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE D. FLOYD (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

*Attorneys for Defendant*
*SONY COMPUTER ENTERTAINMENT AMERICA, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS LADORE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company,<br><br>*Defendant.* | CASE NO.  3:14-CV-03530-EMC<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**<br>ORDER<br>[LOCAL RULE 6-1] |

00031228.DOCX - 2

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, as follows:

2    1.   Defendant's response to Plaintiff Douglas Ladore's ("Plaintiff") Class Action Complaint is presently due on October 10, 2014;

3    2.   Plaintiff has agreed to extend Defendant Sony Computer Entertainment America LLC's time to respond to and including October 24, 2014;

4    3.   This is the first extension of time and it will not alter the date of any event or any deadline already fixed by Court order.

Dated: September 17, 2014        SACKS, RICKETTS & CASE LLP

By: /s/ *Michele Floyd*
LUANNE SACKS
MICHELE FLOYD
Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA LLC

Dated: September 17, 2014        EDELSON PC

By: /s/ *Mark Eisen*
Mark S. Eisen
Jay Edelson
Rafey Balabanian
Benjamin Thomassen
Amir Missaghi
Counsel for Plaintiff DOUGLAS LADORE and the putative class

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge

*[Seal: IT IS SO ORDERED / Judge Edward M. Chen / United States District Court Northern District of California]*

I, Michele Floyd, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Extending Time for Defendant to Respond to Class Action Complaint. I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.