| | |
|---|---|
| Mark S. Eisen (SBN - 289009)<br>meisen@edelson.com<br>**EDELSON PC**<br>555 West Fifth Street, 31st Floor<br>Los Angeles, California 90013<br>Tel: 213.533.4100<br>Fax: 213.947.4251<br><br>Jay Edelson*<br>jedelson@edelson.com<br>Rafey S. Balabanian*<br>rbalabanian@edelson.com<br>Benjamin S. Thomassen*<br>bthomassen@edelson.com<br>Amir Missaghi*<br>amissaghi@edelson.com<br>**EDELSON PC**<br>350 North LaSalle Street, Suite 1300<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>*Admitted *pro hac vice*<br>*Attorneys for Plaintiff and the Putative Class* | LUANNE SACKS (SBN 120811)<br>lsacks@srclaw.com<br>MICHELE FLOYD (SBN 163031)<br>mfloyd@srclaw.com<br>**SACKS, RICKETTS & CASE LLP**<br>177 Post Street, Suite 650<br>San Francisco, CA 94108<br>Telephone: 415-549-0580<br>Facsimile: 415-549-0640<br><br>*Attorneys for Defendant*<br>SONY COMPUTER ENTERTAINMENT<br>AMERICA, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS LADORE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company,<br><br>*Defendant.* | CASE NO.  3:14-CV-03530-EMC<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>[LOCAL RULE 6-1] |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, as follows:

1. Defendant's response to Plaintiff Douglas Ladore's ("Plaintiff") Class Action Complaint is presently due on October 24, 2014;

2. Plaintiff has agreed to extend Defendant Sony Computer Entertainment America LLC's time to respond to and including October 29, 2014;

3. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

Dated:  October 24, 2014                    SACKS, RICKETTS & CASE LLP

                                            By: /s/ *Michele Floyd*
                                                LUANNE SACKS
                                                MICHELE FLOYD
                                                Attorneys for Defendant
                                                SONY COMPUTER ENTERTAINMENT
                                                AMERICA LLC

Dated:  October 24, 2014                    EDELSON PC

                                            By: /s/ *Benjamin S. Thomassen*
                                                Mark S. Eisen
                                                Jay Edelson
                                                Rafey Balabanian
                                                Benjamin Thomassen
                                                Amir Missaghi
                                                Counsel for Plaintiff DOUGLAS LADORE and
                                                the putative class

I, Michele Floyd, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Extending Time for Defendant to Respond to Class Action Complaint. I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

-1-

STIPULATION EXTENDING TIME FOR DEFENDANT TO RESPOND
TO CLASS ACTION COMPLAINT
CASE NO. 3:14-CV-03530-EMC