SAMUEL LASSER (SBN 252754)
sam@samlasserlaw.com
**LAW OFFICES OF SAMUEL LASSER**
1934 Divisadero Street
San Francisco, CA 94115
Telephone: 415-994-9930
Facsimile: 415-776-8047

JAY EDELSON (Pro Hac Vice)
jedelson@edelson.com
RAFEY S. BALABANIAN (Pro Hac Vice)
rbalabanian@edelson.com
BENJAMIN S. THOMASSEN (Pro Hac Vice)
bthomassen@edelson.com
ALICIA E. HWANG (Pro Hac Vice)
ahwang@edelson.com
**EDELSON PC**
350 North LaSalle Street, Suite 1300
Chicago, IL 60654
Telephone: 312-589-6370
Facsimile: 312-589-6378

Attorneys for Plaintiff and Putative Class

LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE D. FLOYD (SBN 163031)
mfloyd@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

Attorneys for Defendant
SONY COMPUTER ENTERTAINMENT
AMERICA, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LADORE, an individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company,<br><br>*Defendant* | Case No.: 3:14-cv-03530-EMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**<br><br>[LOCAL RULE 6-1] |

00035950.DOCX - 1

---

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**
**CASE NO. 14-03530-EMC**

1  IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, as follows:

1. Plaintiff does not intend to amend his claim for Negligent Misrepresentation [Dkt. 1, ¶¶ 123-132].

2. Defendant SCEA shall have up to and including March 27, 2015 to answer or otherwise respond to Plaintiff's Class Action Complaint [Dkt. 1].

Dated:  February 5, 2015                SACKS, RICKETTS & CASE LLP

                                        By:  /s/ *Michele Floyd*
                                        LUANNE SACKS
                                        MICHELE FLOYD
                                        Attorneys for Defendant
                                        SONY COMPUTER ENTERTAINMENT
                                        AMERICA LLC

Dated:  February 5, 2015                LAW OFFICE OF SAMUEL LASSER

                                        By:  /s/ *Alicia E. Hwang*
                                        Alicia E. Hwang
                                        Counsel for Plaintiff DOUGLAS LADORE and
                                        the putative class

**ATTESTATION CLAUSE**

I, Michele Floyd, am the ECF user whose identification and password are being used to file the foregoing Stipulation to Extend Time for Defendant to Respond to Class Action Complaint. I hereby attest that the above-referenced signatories to this stipulation have concurred in this filing.

Dated: February 5, 2015                 SACKS, RICKETTS & CASE LLP

                                        Signed:  */s/ Michele Floyd*
                                        LUANNE SACKS
                                        MICHELE D. FLOYD
                                        Attorneys for Defendant
                                        SONY COMPUTER
                                        ENTERTAINMENT AMERICA,
                                        LLC

IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District Judge



00035950.DOCX -                         - 1 -

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO CLASS ACTION COMPLAINT**
**CASE NO. 14-03530-EMC**