Samuel Lasser (SBN - 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Ari J. Scharg*
ascharg@edelson.com
Alicia E. Hwang*
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Admitted *Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE D. FLOYD (SBN 163031)
mfloyd@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, California 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

*ATTORNEYS FOR DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS LADORE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company,<br><br>*Defendant.* | No. 3:14-CV-03530-EMC<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Edward M. Chen<br><br>[Local Rule 6-2] |

Pursuant to Paragraph 4 of the Civil Standing Order for United States District Court Judge Edward M. Chen and Northern District Local Rule 6-2, Plaintiff Douglas Ladore

1  ("Plaintiff") and Defendant Sony Computer Entertainment America, LLC ("Defendant")
2  (collectively, the "Parties") by and through their undersigned counsel, hereby notify the Court
3  that they have reached an agreement on the principal terms of a settlement, and respectfully
4  stipulate and agree, subject to Court approval, to continue the March 10, 2015 Case Management
5  Conference for twenty-one (21) days while they memorialize the terms of their agreement. In
6  support of this Stipulation, the Parties state as follows:

7      WHEREAS, on January 29, 2015, the Parties appeared for an Initial Case Management
8  Conference. At that time, the Court set a further Case Management Conference for March 10,
9  2015, with a case management statement due by March 3, 2015 (Dkt. 51);

10      WHEREAS, since that time, the Parties have engaged in settlement discussions and have
11  reached an agreement in principal on all material terms, which will result in dismissal of this
12  lawsuit;

13      WHEREAS, the Parties are currently in the process of memorializing their settlement,
14  and anticipate that the agreement will be finalized and executed within twenty-one (21) days;

15      WHEREAS, because the settlement will result in dismissal of this lawsuit, the twenty-one
16  (21) day continuance of the Case Management Conference would conserve judicial and party
17  resources;

18      NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, subject to
19  Court approval:

20      1.    The Case Management Conference shall be continued by twenty-one days to
21  March 31, 2015, or to such other date that is convenient for the Court.

22
23      Respectfully submitted,

24      EDELSON PC

25  Dated: March 2, 2015    By: /s/ Alicia E. Hwang

26      Alicia E. Hwang
    Attorney for Plaintiff
27
28

1
2                                            SACKS, RICKETTS & CASE, LLP
3   Dated: March 2, 2015                     By: /s/ Michele Floyd
4                                            Michele Floyd
                                             Attorney for Defendant
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1  **[PRO~~POSE~~D ORDER]**

2  **(1)   PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  The Case Management Conference scheduled for March 10, 2015 is hereby stricken and

4  reset for _April 2, 2015 at 10:30 a.m.  A joint CMC statement shall be filed by March 26, 2015._

5

6  Dated: _3/3/15_ _____

   HONORABLE EDWARD M. CHEN
7  UNITED STATES DISTRICT JUDGE

   *IT IS SO ORDERED AS MODIFIED*
   *Judge Edward M. Chen*

---

JOINT STIP. AND [PROPOSED] ORDER            3            CASE NO. 3:14-cv-03530-EMC
ORDER MODIFYING CASE MANAGEMENT CONFERENCE

1  **ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

2  Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in
3  the filing of this document has been obtained from the other signatories.

4

5  Dated: March 2, 2015                              /s/ Alicia E. Hwang

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28