Samuel Lasser (SBN - 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Ari J. Scharg*
ascharg@edelson.com
Alicia E. Hwang*
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Admitted *Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE D. FLOYD (SBN 163031)
mfloyd@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, California 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

*ATTORNEYS FOR DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS LADORE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company,<br><br>*Defendant.* | No. 3:14-CV-03530-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Edward M. Chen<br><br>[Local Rule 6-2] |

Pursuant to Paragraph 4 of the Civil Standing Order for United States District Court Judge Edward M. Chen and Northern District Local Rule 6-2, Plaintiff Douglas Ladore

("Plaintiff") and Defendant Sony Computer Entertainment America, LLC ("Defendant") (collectively, the "Parties") by and through their undersigned counsel, hereby respectfully stipulate and agree, subject to Court approval, to extend Defendant's deadline to respond to the Complaint, and to continue the April 2, 2015 Case Management Conference, for twenty-eight (28) days while they finalize their settlement agreement. In support of this Stipulation, the Parties state as follows:

WHEREAS, on January 29, 2015, the Parties appeared for an Initial Case Management Conference. At that time, the Court set a further Case Management Conference for March 10, 2015, with a case management statement due by March 3, 2015 (Dkt. 51);

WHEREAS, Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint is March 27, 2015 (Dkt. 53);

WHEREAS, on March 2, 2015, the Parties informed the Court of their agreement to settle Plaintiff's claims and requested that the Case Management Conference be continued while the Parties negotiate and memorialize their agreement (Dkt. 54);

WHEREAS, the Court granted the Parties' request and re-set the Case Management Conference for April 2, 2015 (Dkt. 55);

WHEREAS, since that time, the Parties have continued to negotiate and finalize their settlement and anticipate that they will be in a position to execute the agreement within, at most, twenty-eight (28) days;

WHEREAS, because the settlement will result in dismissal of this lawsuit, a twenty-eight (28) day extension of Defendant's deadline to respond to the Complaint and continuance of the Case Management Conference would conserve judicial and party resources;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, subject to Court approval:

1.     Defendant shall have up to and including April 23, 2015 to answer or otherwise respond to Plaintiff's Complaint.

2. The Case Management Conference shall be continued by twenty-eight days to April 23, 2015, or to such other date that is convenient for the Court.

Respectfully submitted,

EDELSON PC

Dated: March 25, 2015   By: /s/ Alicia E. Hwang

Alicia E. Hwang
Attorney for Plaintiff

SACKS, RICKETTS & CASE, LLP

Dated: March 25, 2015   By: /s/ Michele Floyd

Michele Floyd
Attorney for Defendant

# [PROPO~~SED~~ ORDER]

**(1)     PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Defendant shall have until April 23, 2015 to answer or otherwise respond to Plaintiff's Class Action Complaint.

The Case Management Conference scheduled for April 02, 2015 is hereby stricken and reset for ____May 28, 2015 at 10:30 a.m.  No further continuances will be allowed.____
                    CMC statement due 7 days before CMC.

Dated: ____3/26/15_____     _____

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated: March 25, 2015                              /s/ Alicia E. Hwang