UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DOUGLAS LADORE, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company,<br><br>    *Defendant*. | Case No.: 3:14-cv-03530-EMC<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR PARTIES TO COMPLY WITH ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL** |

**[PROPOSED] ORDER**

For good cause shown, the Joint Motion to Extend Time for Parties to Comply with Order Regarding Stipulation for Voluntary Dismissal is granted. No later than May 1, 2015, the Parties shall file under seal a final copy of the settlement terms reached in this case. The Parties may also file a joint statement, not to exceed three (3) pages in length, explaining why no notice to proposed class members should be required here.

**IT IS SO ORDERED.**

Dated: April __30__, 2015          _____
Honorable Edward M. Chen
JUDGE OF THE UNITED STATES DISTRIC COURT



- 1 -

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR PARTIES TO COMPLY WITH ORDER REGARDING STIPULATION FOR VOLUNTARY DISMISSAL**