Samuel Lasser (SBN - 252754)
slasser@edelson.com
EDELSON PC
1934 Divisadero Street
San Francisco, California 94115
Tel: 415.994.9930
Fax: 415.776.8047

Jay Edelson*
jedelson@edelson.com
Rafey S. Balabanian*
rbalabanian@edelson.com
Ari J. Scharg*
ascharg@edelson.com
Alicia E. Hwang*
ahwang@edelson.com
EDELSON PC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Tel: 312.589.6370
Fax: 312.589.6378

*Admitted *Pro Hac Vice*

ATTORNEYS FOR PLAINTIFF

LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE D. FLOYD (SBN 163031)
mfloyd@srclaw.com
SACKS, RICKETTS & CASE LLP
177 Post Street, Suite 650
San Francisco, California 94108
Telephone: 415-549-0580
Facsimile: 415-549-0640

*ATTORNEYS FOR DEFENDANT SONY COMPUTER ENTERTAINMENT AMERICA, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DOUGLAS LADORE, individually and on behalf of all others similarly situated,<br><br>  *Plaintiff,*<br><br>  v.<br><br>SONY COMPUTER ENTERTAINMENT AMERICA, LLC, a Delaware limited liability company,<br><br>  *Defendant.* | No. 3:14-CV-03530-EMC<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>Hon. Edward M. Chen |

Plaintiff Douglas Ladore ("Plaintiff") and Defendant Sony Computer Entertainment America, LLC ("Defendant") (together, the "Parties"), by and through their undersigned counsel,

1  hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the
2  dismissal of Plaintiff's individual claims in this action *with prejudice.*
3  NOW THEREFORE, IT IS HEREBY STIPULATED and AGREED:
4      1)   Plaintiff's claims against Defendant in this action shall be dismissed *with*
5  *prejudice*; and
6      2)   Each party shall bear its own costs.
7      IT SO STIPULATED.

                                          Respectfully submitted,

                                          EDELSON PC

Dated: April 22, 2015                     By: /s/ Alicia E. Hwang

                                          Alicia E. Hwang
                                          Attorney for Plaintiff


                                          SACKS, RICKETTS & CASE, LLP

Dated: April 22, 2015                     By: /s/ Michele Floyd

                                          Michele Floyd
                                          Attorney for Defendant


IT IS SO ORDERED:
_____
Edward M. Chen
U.S. District



JOINT STIP. OF DISMISSAL                  2                CASE NO. 3:14-cv-03530-EMC
PURSUANT TO FED. R. CIV. P. 41

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(I)(3)**

Pursuant to Civil Local Rule 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from the other signatories.

Date: April 22, 2015                                        /s/ Alicia E. Hwang

**CERTIFICATE OF SERVICE**

I, Alicia E. Hwang, an attorney, certify that on April 22, 2015, I caused the above and foregoing *Joint Stipulation to Dismiss with Prejudice Pursuant to Fed. R. Civ. P. 41* to be served by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this day, April 22, 2015.

/s/ Alicia E. Hwang