1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11
12 | DOUGLAS LADORE, individually and on behalf ) Case No.: 3:14-cv-03530-EMC
   | of all others similarly situated,           )
13 |                                             ) **[PROPOSED] ORDER GRANTING**
   |        *Plaintiff*,                         ) **DEFENDANT'S ADMINISTRATIVE**
14 |                                             ) **MOTION TO FILE UNDER SEAL**
   |        vs.                                  )
15 |                                             )
16 | SONY COMPUTER ENTERTAINMENT                 )
   | AMERICA, LLC, a Delaware limited liability  )
17 | company,                                    )
   |                                             )
18 |        *Defendant*.                         )

19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
**CASE NO. C-14-03530-EMC**

**[PROPOSED] ORDER**

Defendant has filed an administrative motion to file under seal a final copy of the settlement terms reached in this case, pursuant to this Court's April 23, 2015 Order Regarding Stipulation For Voluntary Dismissal. After full consideration of all moving documents, the Court's record and file in this matter, IT IS HEARBY ORDERED that the entire Settlement Agreement in this case shall remain under seal in this Court.

**IT IS SO ORDERED.**

Dated: May  4  , 2015    _____
Honorable Edward M. Chen
JUDGE OF THE UNITED STATES DISTRIC COURT



- 1 -

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
**CASE NO. C-14-03530-EMC**